LAW OFFICES OF BILL LATOUR
JESSICA WARREN [CSBN: 257274]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM ALKURDI,<br>    Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,[1]<br>Commissioner of Social Security,<br>    Defendant. | No. 5:23-cv-00274-BFM<br><br>**ORDER AWARDING<br>EAJA FEES** |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND THREE HUNDRED FOURTEEN DOLLARS AND 34/100 ($5,314.34) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: 1/10/2024      _____
                                  HON. BRIANNA FULLER MIRCHEFF
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] "Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)."